<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2152
_____

BERNARD SCARBOROUGH,

            Plaintiff - Appellant,

      v.

WALMART CORPORATION, f/k/a Wal-Mart Super Center Stores, Incorporated,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:10-cv-00263-GCM)

_____

Submitted:  May 24, 2011            Decided:  June 3, 2011

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bernard Scarborough, Appellant Pro Se.  Brian Stephen Clarke, LITTLER MENDELSON, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Scarborough appeals the district court's order dismissing his employment discrimination and malicious prosecution action for failure to state a clam. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scarborough v. Walmart Corp., No. 3:10-cv-00263-GCM (W.D.N.C. Sept. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED